# DIVIDENDS REMITTED TO THE COURT
Check Number 104 Dated 06/22/11
Case Number 10-19678 - SINCLAIR, BRYON MILES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (4-1) SAM'S CLUB DISCOVER 4952 | 000004 | 78.59 | 4.64 |
| ---------- Remittance Total ---------------- | | 78.59 | 4.64 |

*[signature]*
DAVIS, STEVEN S., Trustee

*[handwritten: 152550]*

*[handwritten: CHK #104]*